IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**IKECHUKWU H. OKORIE**                                                **PLAINTIFF**

v.                              **CIVIL ACTION NO. 2:23-cv-190-TBM-RPM**

**FORREST GENERAL HOSPITAL,** *et al.*                      **DEFENDANTS**

## ORDER DENYING MOTION FOR RECUSAL

BEFORE THE COURT is *pro se* Plaintiff Dr. Ikechukwu Hyginus Okorie's Motion for Recusal [43] of the undersigned judge. Dr. Okorie accuses the undersigned of impartiality on two grounds. The first ground is based on this Court—in an Order—citing a bankruptcy court opinion, which addressed the numerous cases and motions that Dr. Okorie has filed, where the bankruptcy court called many of those filings "frivolous." The second is that the undersigned judge has previously chosen to recuse from just one other of the many cases involving Dr. Okorie, and such recusal allegedly underscores the need for addressing partiality in this case.

As this Court has explained in a prior decision, both grounds identified by Dr. Okorie in his Motion for Recusal are unfounded and have no basis in the law. *Okorie v. Citizens Bank, et al.*, No. 2:24-cv-35-TBM, 2024 WL 3664623 (S.D. Miss. Aug. 5, 2024). The Court hereby adopts and incorporates by reference the opinion in *Okorie v. Citizens Bank, et al.*, No. 2:24-cv-35-TBM, 2024 WL 3664623 (S.D. Miss. Aug. 5, 2024), and will deny the pending Motion for Recusal [43] for the reasons fully stated in the Court's prior decision.

IT IS THEREFORE ORDERED AND ADJUDGED that *pro se* Plaintiff Dr. Ikechukwu Hyginus Okorie's Motion for Recusal [43] is DENIED.

SO ORDERED AND ADJUDGED, this the 9th day of August, 2024.

                                              **TAYLOR B. McNEEL**
                                              **UNITED STATES DISTRICT JUDGE**