IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**IKECHUKWU H. OKORIE**                                                             **PLAINTIFF**

v.                                                      CIVIL ACTION NO. 2:23-cv-190-TBM-RPM

**FORREST GENERAL HOSPITAL,** *et al.*                                           **DEFENDANTS**

### ORDER

This matter came before the Court on Dr. Okorie's Motion for Reconsideration [174] of this Court's prior Order [172][1] granting the Defendants' motions for summary judgment, Dr. Okorie's Motion for Leave to File an Amended Motion for Reconsideration [180], and Dr. Okorie's Motion to Incorporate Filings into the Record for Consideration [198]. At the hearing conducted on February 4, 2026, the Court considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority.

Then, the Court announced on the record its detailed findings and conclusions. To be clear, all legal analysis and authority was announced from the bench and is contained in the hearing transcript.

For all of the reasons contained in the hearing transcript:

IT IS ORDERED that Dr. Okorie's Motion for Reconsideration [174] is DENIED.

IT FURTHER IS ORDERED that Dr. Okorie's Motion for Leave to File an Amended Motion for Reconsideration [180] is DENIED.

---

[1] The legal analysis for this ruling is from the July 24, 2025, hearing.

IT FURTHER IS ORDERED that Dr. Okorie's Motion to Incorporate Filings into the Record for Consideration [198] is DENIED.

This, the 4th day of February, 2026.

                                                                         **TAYLOR B. McNEEL**
                                                                         **UNITED STATES DISTRICT JUDGE**